

# Case Assignment
## Standard Magistrate Assignment

Case number **1:21MJ-14**

Note: Judge determined by charging documentation.

Assigned on 1/15/2021 11:18:16 AM
Transaction ID: 49641

Return